UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JERRY WHITTIKER, *et al.*,<br><br>               Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*,<br><br>               Defendants. | CASE NO. 1:08-CV-00300-DDD<br><br>JUDGE DOWD<br><br>MAGISTRATE JUDGE GALLAS |

**MOTION OF MANLEY, DEAS, KOCHALSKI, LLC
FOR JUDGMENT ON THE PLEADINGS**

Defendant Manley, Deas, Kochalski, LLC ("MDK"), pursuant to Fed. R. Civ. P. 12(c), respectfully moves the Court for judgment on the pleadings as to all of Plaintiff Kimball's claims.[1] This Court lacks subject matter jurisdiction over Plaintiff Kimball's FDCPA, Ohio Rico, and Receiver claims. Further, Plaintiff Kimball's FDCPA claim is barred by the one-year statute of limitations. Lastly, Plaintiff Kimball's Ohio RICO claim is barred because MDK did not engage in a pattern of "corrupt activity." Taking Plaintiff's factual allegations as true, and construing those allegations in a light most favorable to Plaintiff Kimball, she cannot, as a matter of law, prevail on any of the claims asserted and MDK is entitled to judgment in its favor.

The basis for Manley, Deas, Kochalski, LLC's motion is more fully set forth in the attached memorandum in support.

---

[1] While two other Plaintiffs have asserted claims against other Defendants in this case, Plaintiff Kimball is the only Plaintiff that has asserted any claim against MDK.

Respectfully submitted,

 /s/ Rodger L. Eckelberry
Mark A. Johnson (0030768)
mjohnson@bakerlaw.com
Rodger L. Eckelberry (0071207)
reckelberry@bakerlaw.com
Robert J. Tucker (0082205) (*pro hac vice*)
rtucker@bakerlaw.com
Baker & Hostetler LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH  43215-4260
Telephone: 614.228.1541
Facsimile: 614.462.2616

Michael K. Farrell (0040941)
mfarrell@bakerlaw.com
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
Telephone: 216.621.0200
Facsimile: 216.696.0740

Robert Eddy (0030739)
reddy@gallaghersharp.com
Erik Wineland (0072088)
ewineland@gallaghersharp.com
Gallagher Sharp
420 Madison Ave., Suite 1250
Toledo, Ohio 43604
Telephone: 419.241.4860
Facsimile: 419.241.4866

*Counsel for Defendant*
*Manley, Deas, Kochalski, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June <u>19th</u>, 2008 the foregoing document was filed with the Court, with service to all counsel of record via the Court's ECF system including:

James B. Rosenthal, Esq.
Joshua R. Cohen, Esq.
Jason R. Bristol, Esq.
The Hoyt Block Bldg, Suite 400
700 West St. Clair Ave.
Cleveland, Ohio 44113

William J. Novak, Esq.
Thomas D. Robenalt, Esq.
Skylight Office Tower – Suite 950
1660 West Second Street
Cleveland, Ohio 44113-1498

*Counsel for Plaintiffs*


/s/ Rodger L. Eckelberry
Rodger L. Eckelberry